IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDRICK ANDREW MORRIS,

     Plaintiff,

                                             Case No.  20-cv-388

  v.

DR. MERADITH MACIOPINTO,
TERESA AMIMO, LEONARD VOSS,
LORRETTA JOHNSON, MELISSA
BLOCK, JANE DOE, TERESSA BENYO
AND L. BUCHANEN,

     Defendants.

---

JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case with prejudice.

| /s/ | 6/30/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |